



**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2018
OCTOBER 30, 2018 SESSION**

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 5:18-cr-00255
     8 U.S.C. § 1326(a)

**HERIBERTO TADEO,**
   also known as "Heriberto Tadeo Tadeo"

I N D I C T M E N T

(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about September 17, 2016, defendant HERIBERTO TADEO, also known as Heriberto Tadeo Tadeo, an alien, was found at or near Hidalgo, Texas, and was subsequently removed from the United States to Mexico on or about September 20, 2016.

2. On or about October 17, 2018, at or near Ronceverte, Greenbrier County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant HERIBERTO TADEO, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                              MICHAEL B. STUART
                              United States Attorney

By: _____
     ERIK S. GOES
     Assistant United States Attorney